**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| NATHAN DRAKE, individually and on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STAKE CENTER LOCATING, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:25-cv-03031-SHL-cgc |

**ORDER DIRECTING THE PARTIES TO SUBMIT SETTLEMENT AGREEMENT FOR COURT APPROVAL**

On September 8, 2026, the Parties filed a Joint Stipulation of Rule 41 Dismissal with Prejudice, (ECF No. 33), presumably because they reached a settlement in this matter. However, because Plaintiff Nathan Drake's claims arise out of the Fair Labor Standards Act, any settlement of this dispute requires the Court's approval. See Steele v. Staffmark Investments, LLC, 172 F. Supp. 3d 1024, 1026–28 (W.D. Tenn. 2016). Therefore, the Court hereby **ORDERS** the parties to submit the terms of the settlement agreement for the Court's approval by **October 16, 2026.**

**IT IS SO ORDERED,** this 1st day of October, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE